**No. 44764.**—Protest 986331–G of Wm. W. Sheehan (New York).

Opinion by CLINE, J. The record shows that the precious stones in question are not capable of being marked, that the inner containers thereof were not legally marked, and that the outer package contained wax seals bearing an inscription in the Portuguese language, the words at the bottom thereof being "Banca Brasil." On the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104) the protest was overruled.

**No. 44765.**—Protest 6391–K of Henry Pollak, Inc. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 44766.**—Protests 800465–G, etc., of Jenny & Lux, Inc., et al. (Boston).

Opinion by EVANS, J. It was stipulated that the merchandise consists of peat moss similar to that the subject of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 44767.**—Protests 992974–G, etc., of Peat Import Corp. (Boston).

Opinion by EVANS, J. It was stipulated that the merchandise consists of peat moss similar to that the subject of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 44768.**—Protest 986673–G of Alice H. Marks (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of cheese sandwiches similar to those the subject of *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 44769.**—Protest 784664–G of Allen Forwarding Co. (Philadelphia).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44770.**—Protest 11981–K of Scharf Bros Co., Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 44771.**—Protests 884706–G, etc., of Lundt & Co. et al. (New York).

Opinion by EVANS, J. On the records presented the protests were overruled.

**No. 44772.**—Protests 989991–G, etc., of Schall & Co. et al. (New York).

Opinion by EVANS, J. On the records presented the protests were overruled.